AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

MAURICE WASHINGTON, (PRO SE)
Plaintiff(s)

v.

Civil Action No. 8:17-cv-79-TDC

LENNAR, d/b/a U.S. HOME CORPORATION
Defendant(s)

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* LENNAR, d/b/a U.S. HOME CORPORATION
7035 ALBERT EINSTEIN DR.
SUITE 200
COLUMBIA, MD 21046

RESIDENT AGENT: THE CORPORATION TRUST INCORPORATED
MAILING: C/O LENNAR d/b/a U.S. HOME CORPORATION
351 WEST CAMDEN STREET
BALTIMORE, MD 21201

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

MAURICE WASHINGTON
P.O. BOX 2847
MERRIFIELD, VA 22116

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 5/10/2017

Signature of Clerk